AO 91 (Rev. 08/09) Criminal Complaint

FILED January 4, 2019
(Date)

NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:19mj4 |
| Michael Lee DePine | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/1/18 - Present in the county of Escambia in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | -Production of Child Pornography |
| 18 U.S.C. Section 2252A(a)(2) & (5) | -Receipt & Possession of Child Pornography |
| 18 U.S.C. Section 2422(b) | -Enticement of a Minor for Sexual Activity |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Sworn to before me and signed in my presence.

*Complainant's signature*

HSI Task Force Officer Jeffrey Brown
*Printed name and title*

Date: 1-4-19

*Judge's signature*

City and state: Pensacola, Florida

U.S. Magistrate Judge Elizabeth M. Timothy
*Printed name and title*