FILED January 4, 2019
(Date)

NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Michael Lee DePine<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 3:19MJ4<br>)<br>) |

## ARREST WARRANT

19 JAN -4 PM 3:02
RECEIVED U.S. MARSHAL
NORTHERN DISTRICT OF FLORIDA PENSACOLA

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Michael Lee DePine                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. Section 2251(a) - Production of Child Pornography
18 U.S.C. Section 2252A(a)(2) & (5) - Receipt and Possession of Child Pornography
18 U.S.C. Section 2422(b) - Enticement of a Minor for Sexual Activity

Date:  1-4-19

*Issuing officer's signature*

City and state:   Pensacola, Florida              U.S. Magistrate Judge Elizabeth M. Timothy
                                                  *Printed name and title*

**Return**

This warrant was received on *(date)* 1/4/19 , and the person was arrested on *(date)* 1/4/19
at *(city and state)*  PENSACOLA, FL .

Date:  1/4/19

*Arresting officer's signature*

CHAD BERRY SPECIAL AGENT
*Printed name and title*

Filed0104'19USDCFlN3PM0420