# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 3:19cr2/MCR

MICHAEL LEE DEPINE

---

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT MICHAEL LEE DEPINE

WHEREAS, on April 9, 2019, the Court entered a Preliminary Order

of Forfeiture, pursuant to the provisions of Title 18, United States Code,

Section 2253, based upon the defendant's guilty plea to Counts Two and Four

of the indictment in this action, and the attached forfeiture provision thereto,

of the property listed as:

> **A. The real property known as 5604 Lobelia Lane, Pensacola, Florida, more particularly described in the Official Records at Deed Book 7207, Page 20 of the public records of Escambia County, Florida as follows:**
>
>> **Lot 24, Block S, NATURE TRAIL SUBDIVISION, a Subdivision of a portion of Section 8, 9, and 16, Township 1 South, Range 31 West, Escambia County, Florida, according to the Plat thereof, recorded in Plat Book 18, Pages 60-60R, of the Public Records of Escambia County, Florida;**

FILED IN OPEN COURT THIS

6-14-2019

CLERK U. S. DISTRICT
COURT. NORTH. DIST. FLA.

**B. A four door 2016 Lexus with VIN JTHBK1GG4G2215390;**

**C. A Dell desktop computer (SN 5P8LC31) with Seagate hard drive;**

**D. A home built desktop computer (SN VL80001W2ZHD003249) with Seagate hard drive;**

**E. An HP laptop computer (SN CND7130KHP); and**

**F. An Apple iPhone 8 (SN C8PWMC43JC6C).**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **MICHAEL LEE DEPINE** at the time of sentencing and shall be made part of the sentence and included in the judgment now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **MICHAEL LEE DEPINE's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

That Navy Federal Credit Union, who has an innocent third party interest in the real property known as 5604 Lobelia Lane, Pensacola, Florida,

maintains its interest in said real property. The real property known as 5604 Lobelia Lane, Pensacola, Florida, shall be auctioned/sold by the United States pursuant to its normal procedures, with a reserve figure above the monies owed to Navy Federal Credit Union set prior to any auction/sale. The United States is required to contact Navy Federal Credit Union prior to and after any auction/sale in order to confirm the reserve figure and make final payoff of the third party interest. In order that the minimum reserve bid amount be accurately established, prior to the auction/sale the United States will contact Navy Federal Credit Union through its Mortgage Resolution/Default Department at 820 Follin Lane, Vienna, Virginia, 22180; Telephone No: (703) 206-2449 or (703) 206-4229; E-mail: jodie_grant@navyfederal.org, with copy to lisa_barnes@navyfederal.org and ogc_paralegals@navyfederal.org; and Navy Federal Credit Union will provide to the United States an estimated amount that will be owing as of the time of the anticipated disbursement from the auction/sale.

Navy Federal Credit Union will advance funds to keep the real property insured and to pay the ad valorem taxes, special assessments and homeowner's dues and assessments. All such sums advanced will be added

onto the payoff owing to Navy Federal Credit Union and be paid from the auction/sale proceeds. From the date of this Order and during the pendency of the auction/sale, the United States will maintain the real property and improvements thereon. Within forty-five (45) days after the auction/sale of the real property, the United States will disburse to Navy Federal Credit Union the monies sufficient to pay what is owed.

If the interest owing to Navy Federal Credit Union is not paid in full through the auction/sale of the real property within 12 months from the date of this Order, jurisdiction is retained by this Court for Navy Federal Credit Union to petition this Court for such relief as Navy Federal Credit Union deems appropriate. Navy Federal Credit Union's Petition for Ancillary Hearing (Doc. 63) is rendered moot by this Order.

The United States will notify Navy Federal Credit Union of when and where the auction/sale will occur at least ten (10) days prior to the auction/sale and Navy Federal Credit Union has the right to bid at the auction of the 5604 Lobelia Lane, Pensacola, Florida, by credit for up to the total amount it is owed if so desired.

The United States and Navy Federal Credit Union will cooperate and communicate as needed about the condition of the real property in order to preserve the real property's condition and value, including, but not limited to, dealing with any casualty loss.

IT IS SO ORDERED this _14_ day of June, 2019.

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE