UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                                  Case Nos.:   3:19cr2/MCR/MAL
                                                                                             3:20cv5569/MCR/MAL

MICHAEL LEE DEPINE,

   Defendant.
_____/

# ORDER

The Magistrate Judge issued a Report and Recommendation on August 21, 2023, recommending that Defendant's § 2255 motion be denied. ECF No. 100. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.  The record shows that counsel's performance was within the reasonable range of professional assistance under the applicable law, and as the Magistrate Judge reasoned, even assuming counsel failed to fully explain the elements of the statute or the "purpose" element in particular, no prejudice can be shown because Defendant's arguments are

based on a misunderstanding of the law and the proof required for conviction. Therefore, no evidentiary hearing is necessary, and the motion will be denied.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 100) is adopted and incorporated by reference in this order.

2. The Motion to Vacate, Set Aside or Correct Sentence (ECF No. 79) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk is directed to close Civil Case No. 3:20cv5569.

**DONE AND ORDERED** this 29th day of September 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**